# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| DALLAS R. MAYS, | § | |
| | § | |
| | § | CIVIL ACTION NO.  5:19-CV-00160-RWS-CMC |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BOWIE COUNTY DISTRICT COURT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Dallas Mays, an inmate proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

After review of the pleadings, the Magistrate Judge recommended the lawsuit be dismissed with prejudice for purposes of proceeding *in forma pauperis* for failure to state a claim upon which relief may be granted.  Docket No. 6.  A copy of this Report was sent to Plaintiff at his last known address, return receipt requested, but no objections have been filed.  Because no objections to the Magistrate Judge's report have been filed, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions and recommendations, and except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court.  28 U.S.C § 636(b)(1)(C); *Douglass v. United Services Automobile Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Nonetheless, the Court has reviewed the pleadings and the Magistrate Judge's report and agrees with the report.  *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations

'such weight as [their] merit commands and the sound discretion of the judge warrants.' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)).  It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 6) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* for failure to state a claim upon which relief may be granted.

**So ORDERED and SIGNED this 22nd day of January, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE